# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| APPLIED MEDICAL DISTRIBUTION CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM LLC,<br><br>*Defendant*. | Civil Action No. 3:23-CV-1495-G |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Applied Medical Distribution Corporation hereby gives notice that this action is voluntarily dismissed without prejudice. Defendant Steward Health Care System, LLC has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 19, 2023

Respectfully submitted,

/s/ Jonathan D. Guynn

Jonathan D. Guynn
Texas State Bar No. 24120232
JONES DAY
2727 North Harwood Street
Dallas, TX  75201.1515
Telephone: (214) 220-3939
E-mail: jguynn@jonesday.com

Attorneys for Plaintiff Applied Medical Distribution Corporation

## CERTIFICATE OF SERVICE

      I certify that the foregoing was filed through the Court's ECF system on July 19, 2022, notice of which will be sent electronically to all counsel of record.

Dated: July 19, 2023　　　　　　　　　　　　Respectfully submitted,

                                                                  */s/ Jonathan D. Guynn*

                                               Jonathan D. Guynn
                                               Texas State Bar No. 24120232
                                               JONES DAY
                                               2727 North Harwood Street
                                               Dallas, TX  75201.1515
                                               Telephone: (214) 220-3939
                                               E-mail: jguynn@jonesday.com

                                               Attorneys for Plaintiff Applied Medical
                                               Distribution Corporation